# HOMEOWNERS RENEWAL POLICY DECLARATIONS CERTIFICATE
## MASSACHUSETTS PROPERTY INSURANCE UNDERWRITING ASSOCIATION
Two Center Plaza, Boston, Massachusetts 02108-1904
(617)723-3800, (800)392-6108, FAX (800)932-6717

**POLICY NUMBER**
0641127-16

**POLICY PERIOD**
From 1/30/2009 To 1/30/2010
12:01 AM Standard time at the residence premises.

**NAMED INSURED & MAILING ADDRESS**
ROBERT ROZMARIN
40 LAURELWOOD DRIVE
HOPEDALE, MA  01747

**PRODUCER**
GENE DVORKIN INS AGCY
2001 BEACON ST
BRIGHTON, MA  02135

THE RESIDENCE PREMISES COVERED BY THIS POLICY IS LOCATED AT:
40 LAURELWOOD DRIVE, HOPEDALE, MA  01747

We will provide the insurance described in this policy in return for the premium and compliance with all applicable policy provisions. Coverage is provided where a Premium or Limit of Liability is shown for the Coverage.

**SECTION I COVERAGES:** | **LIMIT OF LIABILITY** | **PREMIUM**
---|---|---
A  Dwelling | $10,000 | $15
C  Personal Property | $30,000 | $153
D  Loss of Use | $15,000 |

**SECTION II COVERAGES:**
E  Personal Liability - each occurrence — $100,000
F  Medical Payments to Others - each person — $1,000

**DEDUCTIBLE - SECTION I:  $250**   **TOTAL BASE PREMIUM**   **$168**

**FORM & ENDORSEMENTS** made part of this policy at the time of issue.

| | | | |
|---|---|---|---|
| HO 00 06 | 10/00 | UNIT-OWNERS FORM | |
| HO 01 20 | 9/01 | SPECIAL PROVISIONS - MASSACHUSETTS | |
| HO 04 16 | 10/00 | PREMISES ALARM OR FIRE PROTECTION SYSTEM Credit: 10% | -$15 |
| HO 04 28 | 4/02 | LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE Section I $10,000 Section II $50,000 | |
| HO 04 61 | 10/00 | SCHEDULED PERSONAL PROPERTY ENDORSEMENT | $161 |

Class of Personal Property
1 - Jewelry                                                   Amount of Insurance

| Item | Amount |
|---|---|
| 1 PAIR 18KT TWO TONE ELECTROFORM EARRINGS BY CHARLES GARNIER | $1,000 |
| 1 LADIES YELLOW GOLD MESH TUBE BRACELET IN ALL 18KT GOLD. THE BRACELET WEIGHS 20.3 DWT | $5200 |
| LADIES PEARL NECKLACE CONT. 40' SPIRAL FRESHWATER PEARLS MEASURING APPROX. 11MM WITH | $600 |
| TRIANGULAR SHAPED PENDANT ON 14KT YG CHAIN CONT. 36 BRILLIANT CUT DIAMONDS WEIGHING | $625 |
| LADIES CLUSTER RING CONT. 9 FULL CUT DIAMONDS WEIGHING APPROX. 1.10CTS. | $1,600 |
| LADIES 18KT SOLID BANGLE BRACELET WITH HOOK CLASP WITH BEZEL SET DIAMOND | $850 |
| MARCO BICEGO 18K GOLD EARRINGS | $775 |
| M DAWKINS PEARL NECKLACE | $2,550 |
| STEPHEN DWEEK 18KT GOLD BRACELET | $2,200 |
| STEPHEN DWEEK STERLING SILVER EARRINGS | $1,570 |

| | | | |
|---|---|---|---|
| HO 04 96 | 10/00 | NO SECTION II-LIABILITY FOR HOME DAY CARE COVERAGES | |
| HO 17 32 | 10/00 | UNIT OWNERS COVERAGE A SPECIAL COVERAGE | |
| HO FP | 12/01 | SPECIAL ENDORSEMENT | $7 |

**TOTAL PREMIUM ADJUSTMENT**   $153
**TOTAL ANNUAL PREMIUM**   $321

RATING INFORMATION: 1 FAMILY                Frame                TERRITORY 46  PROTECTION 06

# MASSACHUSETTS PROPERTY INSURANCE UNDERWRITING ASSOCIATION
Two Center Plaza, Boston, Massachusetts 02108-1904
(617)723-3800, (800)392-6108, FAX (800)932-6717

**POLICY NUMBER**
0641127-16

**POLICY PERIOD**
From 1/30/2009 To 1/30/2010
12:01 AM Standard time at the residence premises.

This policy shall not be
valid unless countersigned:    Boston,
Massachusetts        1/29/2009    Countersigned: *James H. Pappas*

**UMAHOCR**            Homeowners - MA            **PRODUCER COPY**