UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re: )<br><br>Robert Rozmarin and )<br>Tatiana Rozmarin, )<br>                Debtors )<br> ) | Chapter 13<br>Case No. 09-44809-JBR |

## OBJECTION OF LAURELWOOD II CONDOMINIUM TRUST TO DEBTORS' CHAPTER 13 PLAN

The Laurelwood II Condominium Trust (the "Trust"), a secured statutory lien creditor in the above-referenced matter, hereby objects to the Chapter 13 Plan (the "Plan") submitted by the Debtors because the Plan fails to properly provide for the claim of the Trust.

In support of its objection, the Trust states as follows:

1. The Debtors, Robert Rozmarin and Tatiana Rozmarin, are the record title owners of Unit A40, 40 Laurelwood Drive, Hopedale, Massachusetts (the "Unit"), which is located in the Laurelwood II Condominium by virtue of Unit Deed recorded with Worcester County Registry of Deeds in Book 23413, Page 126. The Debtors list the Unit as their principal residence.

2. The Debtors filed the present bankruptcy action on November 11, 2009.

3. The Debtors took title to the Unit subject to the constituent condominium documents establishing the Laurelwood II Condominium and the provisions of M.G.L. c. 183A, §6(b) which states "The unit owner shall be personally liable for all sums assessed for his share of the common expenses including late charges, fines, penalties, and interest assessed by the organization of unit owners and all costs of collection including attorney's fees, costs and charges". Such assessments shall constitute a lien on the

1

condominium unit for which the unit owner is personally liable; and therefore, the Trust is a secured statutory creditor of the Estate.

4. The Debtors failed to list the Trust as a secured creditor in their Schedules.

5. The Debtors have filed a Chapter 13 Plan which fails to list the Trust as a secured creditor and fails to account for payment of the pre-petition arrearages due and owing to the Trust. The Trust filed a Proof of Claim showing the pre-petition arrearages to be in the amount of $938.29. Further, the Plan fails to provide for post-petition condominium fee payments under Section IB of the Plan and as required by Section 523(a)(16) of the U.S. Bankruptcy Code. Therefore, the Debtors have failed to adequately account for the Trust's claim in their Plan, and the Trust does not accept the Plan as proposed.

WHEREFORE, the Laurelwood II Condominium Trust respectfully requests that this Court deny confirmation of the Debtors' Chapter 13 Plan and grant such other and further relief as this Court deems just and proper.

        Respectfully submitted,
        LAURELWOOD II CONDOMINIUM TRUST

        By its attorneys,
        MARCUS, ERRICO, EMMER & BROOKS, P.C.

Dated: November 19, 2009

        /s/ Laura White Brandow
        Laura White Brandow, Esquire
        Marcus, Errico, Emmer & Brooks, P.C.
        45 Braintree Hill Park, Suite 107
        Braintree, Massachusetts 02184
        Telephone: (781) 843-5000
        BBO #560129
        lbrandow@meeb.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: ) | |
| ) | |
| Robert Rozmarin and ) | Chapter 13 |
| Tatiana Rozmarin, ) | Case No. 09-44809-JBR |
| Debtors ) | |

## CERTIFICATE OF SERVICE

I, Laura White Brandow, attorney for the Laurelwood II Condominium Trust, do hereby certify that on November 19, 2009, I served the foregoing "OBJECTION OF LAURELWOOD II CONDOMINIUM TRUST TO DEBTORS' CHAPTER 13 PLAN", by causing same to be electronically filed with the Court, and by causing a copy of the Objection to be mailed first class, postage prepaid, to any of the parties listed on the attached Service List, not noted as having received electronic service.

/s/ Laura White Brandow
Laura White Brandow, Esquire
Marcus, Errico, Emmer & Brooks, P.C.
45 Braintree Hill Park, Suite 107
Braintree, Massachusetts 02184
Telephone: (781) 843-5000
BBO #560129
lbrandow@meeb.com

## SERVICE LIST

Mr. Robert Rozmarin
Ms. Tatiana Rozmarin
Unit A40, 40 Laurelwood Drive
Hopedale, Massachusetts 01747
(Debtors)

Vladimir von Timroth, Esquire
679 Pleasant Street
Paxton, Massachusetts 01612
(Debtors' counsel)

Denise M. Pappalardo, Esquire
P.O. Box 16607
Worcester, Massachusetts 01601
(Chapter 13 Trustee)

Office of U.S. Trustee
446 Main Street, 14th Floor
Worcester, Massachusetts 01608