UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

_____

In re:

ROBERT ROZMARIN
TATIANA ROZMARIN,                    Chapter 13
    Debtors                    Case #:  09-44809

_____

MOTION TO AMEND SCHEDULE J

_____

NOW COME the Debtors in the above captioned matter, through their counsel, and hereby respectfully request this Court to amend their Schedule J as enclosed.

WHEREFORE, the Debtors request that this Court allow them to amend their Schedule J as enclosed.

ROBERT ROZMARIN and
TATIANA ROZMARIN,
By their counsel:

*/s/ Vladimir von Timroth*

_____
Vladimir von Timroth, Esq., BBO #643553
LAW OFFICE OF VLADIMIR VON TIMROTH
679 Pleasant Street
Paxton, MA 01612
(508) 753-2006
(508) 753-2002 Fax
vontimroth@gmail.com

Dated:  January 27, 2010

CERTIFICATE OF SERVICE

I, Vladimir von Timroth, do hereby certify that I will, immediately upon receipt of the notice of electronic service, serve a copy of the within documents by mailing the same to any of the parties below and on the attached list who are not deemed to have consented to electronic notice or service under EFR 9.

/s/ *Vladimir von Timroth*

_____
Vladimir von Timroth, Esq., BBO #643553
vontimroth@gmail.com

Dated: January 27, 2010

Denise M. Pappalardo
P. O. Box 16607
Worcester, MA 01601
Chapter 13 Trustee

Richard King
Office of US. Trustee
446 Main Street
14th Floor
Worcester, MA  01608

Robert Rozmarin
Tatiana Rozmarin
40 Laurelwood Drive, Unit A40
Hopedale, MA 01747