Jan 26 10 01:47p

Case 09-44809   Doc 27-1   Filed 01/27/10   Entered 01/27/10 14:38:45   Desc Amended
Schedule J with Declaration Concerning Amended Schedules   Page 1 of 3

B6J (Official Form 6J) (12/07)

In re   Robert Rozmarin
        Tatiana Rozmarin                                                    Case No.   09-44809
                                    Debtor(s)

# SCHEDULE J – CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) – AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home) .......... $ 1,127.00
   a. Are real estate taxes included?        Yes ___   No  X
   b. Is property insurance included?        Yes ___   No  X
2. Utilities:  a. Electricity and heating fuel ....................................... $ 280.00
               b. Water and sewer ..................................................... $ 70.00
               c. Telephone ............................................................. $ 68.00
               d. Other  See Detailed Expense Attachment ........................ $ 191.00
3. Home maintenance (repairs and upkeep) .......................................... $ 80.00
4. Food ............................................................................................ $ 500.00
5. Clothing ....................................................................................... $ 100.00
6. Laundry and dry cleaning .................................................................. $ 60.00
7. Medical and dental expenses ........................................................... $ 0.00
8. Transportation (not including car payments) ........................................ $ 240.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc. ............ $ 0.00
10. Charitable contributions ................................................................. $ 0.00
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's ............................................................ $ 54.00
    b. Life .......................................................................................... $ 144.00
    c. Health .................................................................................... $ 0.00
    d. Auto ...................................................................................... $ 96.00
    e. Other _____ $ 0.00
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify)   Real estate ........................................................... $ 228.00
13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
    a. Auto ...................................................................................... $ 638.17
    b. Other  Condo fees .................................................................. $ 250.00
    c. Other _____ $ 0.00
14. Alimony, maintenance, and support paid to others ................................. $ 0.00
15. Payments for support of additional dependents not living at your home ..... $ 0.00
16. Regular expenses from operation of business, profession, or farm (attach detailed statement) $ 0.00
17. Other  See Detailed Expense Attachment ........................................ $ 6,605.58

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $ 10,731.75

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
    a. Average monthly income from Line 15 of Schedule I ................ $ 6,271.22
    b. Average monthly expenses from Line 18 above .......................... $ 10,731.75
    c. Monthly net income (a. minus b.) ........................................... $ -4,460.53

R.R.  T.R.

B6J (Official Form 6J) (12/07)

In re  Robert Rozmarin
       Tatiana Rozmarin                                              Case No.  09-44809
                          Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---|
| Cell phone | $ 86.00 |
| Cable and internet | $ 105.00 |
| **Total Other Utility Expenditures** | $ 191.00 |

**Other Expenditures:**

| | |
|---|---|
| Business rent | $ 1,000.00 |
| Business electic. | $ 95.00 |
| Business gas | $ 260.00 |
| Business insurance | $ 50.00 |
| Business phone | $ 125.00 |
| Business cell phone | $ 85.88 |
| Sales Tax | $ 300.00 |
| Credit Card fees | $ 300.00 |
| Inventory purchase | $ 4,389.70 |
| **Total Other Expenditures** | $ 6,605.58 |

*R.R.  T.R.*

# United States Bankruptcy Court
### District of Massachusetts

In re   Robert Rozmarin
        Tatiana Rozmarin
                                       Debtor(s)

Case No.   09-44809
Chapter    13

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __2__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January 25, 2010**        Signature  _Robert Rozmarin_
                                              **Robert Rozmarin**
                                              Debtor

Date  **January 25, 2010**        Signature  _Tatiana Rozmarin_
                                              **Tatiana Rozmarin**
                                              Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.